IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| JERRY CRANFORD, | ) | |
| Plaintiff, | ) | 1:05CV00364 |
| | ) | |
| v. | ) | |
| | ) | |
| THE UNITED STATES MARSHALS SERVICE, | ) | |
| an agency of the United States of | ) | |
| America and the UNITED STATES | ) | |
| DEPARTMENT OF JUSTICE, an agency | ) | |
| of the United States of America, | ) | |
| both by and through the Honorable | ) | |
| John Ashcroft, Attorney General; | ) | |
| and the UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Upon consideration of the Defendants' Motion to File Government Exhibit 8-1 Under Seal, and having reviewed Government Exhibit 8-1 filed under seal, and having determined that the documents contain personal identifiers such as the social security number of the plaintiff as well as plaintiff's date of birth and detailed medical information concerning the medical conditions of plaintiff, and in compliance with Local Rule 7.1 and the E-Government Act of 2002, Pub.L. 107-347, 116 Stat. 2899 (Dec. 17, 2002), the Court hereby determines that the sealing of the aforementioned personal identifier information essential to preserve higher values set forth in the E-Government Act of 2002, Pub. L. 107-347, 116 Stat. 2899 (Dec. 17, 2002) and Local Rule 7.1, and is narrowly tailored to serve that interest, the Court hereby GRANTS the motion and ORDERS that Government Exhibit 8-1 be placed under seal. Consistent with Local Rule 7.1, the parties may make arguments and references to Exhibit 8-1.

_____
Wallace W. Dixon
UNITED STATES MAGISTRATE JUDGE

August 18, 2005